*Rev. May 22, 2012*

# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 14-922 JB | UNITED STATES vs. ARCHULETA |
|---|---|

### Before The Honorable Lorenzo F. Garcia , United States Magistrate Judge

| Hearing Date: | October 24, 2014 | Time In and Out: | 11:06 am-11:31 am |
|---|---|---|---|
| Clerk: | Kim | Digital Recording: | ABQ-Pecos |
| Defendant: | Gerald Archuleta | Defendant's Counsel: | Todd Hotchkiss |
| AUSA: | Tara Neda | Interpreter: | ☐ Sworn / ☐ Waived |

| | |
|---|---|
| ☒ | Defendant Sworn        ☐ First Appearance |
| ☒ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. |
| ☒ | Deft acknowledges receipt of:    **Indictment** |
| ☐ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |
| ☒ | Terms and conditions of proposed plea agreement explained. |
| ☒ | Factual predicate to sustain the plea provided. |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.  Deft advised of charge(s), penalties and possible consequences of the plea. |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| ☒ | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement. |
| ☒ | Deft pleads GUILTY to: **Indictment** |
| ☒ | Allocution by Deft on elements of charge(s). |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| ☒ | Deft adjudged guilty. |
| ☒ | Acceptance of plea agreement deferred until final disposition hearing by district judge. |
| ☒ | Sentencing Date: **to be notified** |
| ☐ | Defendant to Remain in Custody |
| ☒ | Present conditions of release continued        ☐ Conditions changed to: |
| ☒ | Penalty for failure to appear explained |
| ☒ | Presentence Report Ordered        ☐ Expedited (Type III) |
| | Other Matters:  Deft pleads guilty to Counts 1thru 5 of Indictment |