IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.            No. CR 14-922 JB

JASONN GONZALES,

    Defendant.

**UNOPPOSED ORDER TO VACATE AND
CONTINUE THE SENTENCING HEARING**

THE COURT, having considered the Motion of the Defendant, Jasonn Gonzales, to vacate the sentencing hearing currently scheduled for November 18, 2014, and there being no opposition to the Motion from Assistant United States Attorney Tara Neda;

THE COURT FINDS that, because of the complex nature of this financial crime which was committed in the states of Texas, Colorado and New Mexico, the United States Probation and Pre-Trial Services Office requires additional time to complete the Pre-Sentence Investigation Report;

THEREFORE it is Ordered that the sentencing hearing currently scheduled for November 18, 2014 is hereby VACATED;

IT IS FURTHER Ordered that the Sentencing Hearing will be re-set to December 4, 2014 at 1:30 p.m.

IT IS SO ORDERED.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

Submitted by:
*/s/ Brian A. Pori* 10/22/14
Brian A. Pori, Counsel for Jasonn Gonzales

*E-mail Approval 10/21/14*
Tara Neda, Counsel for the United States