# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,                        No. CR 14-922 JB

vs.

JASONN GONZALEZ and
GERALD ARCHULETA,

       Defendants.

## DEFENDANT'S NOTICE SUPPLEMENTING
## THE SENTENCING MEMORANDUM

COMES NOW the Defendant, Jasonn Gonzales (by and through his counsel of record Assistant Federal Public Defender Brian A. Pori) and respectfully notifies the Court and counsel for the United States of his intention to supplement his Sentencing Memorandum (Doc. 62) with the nine, attached letters of support from Rhonda M. Gonzales, Joshua Gomez, Monica Varela, Andrew Valdez, Patricia Jaramillo, Felix Valdez, Gloria Brito, Jaimee Laisne and Chloe Parham. (See Exhibit A, attached.)

Respectfully Submitted,

/s/ *Brian A. Pori* filed electronically 12/3/14
Brian A. Pori
Assistant Federal Public Defender
111 Lomas Blvd NW, Suite 501
Albuquerque, N.M. 87102

Counsel for Jason Gonzales

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of June, 2014, I filed the foregoing Defendant's Notice Supplementing the Sentencing Memorandum electronically through the CM/ECF system, which caused a copy of the pleading to be served electronically on opposing counsel of record addressed as follows:

Tara Neda, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103

/s/ filed electronically 12/3/14
Brian A. Pori