November 24, 2014

To Whom It May Concern,

    I am writing this letter regarding my husband, Jasonn Gonzales. Jasonn has always been a loving, caring, respectful person. He has always been willing to go out of his way to help others in any way he can. Most importantly, Jasonn is the definition of an amazing father; he is active in school events, sports, and the overall daily responsibilities of raising our children. My son Joshua is from my previous marriage, Jasonn accepted my son as his own since the day he met him eight years ago. Jasonn has always loved and cared for Joshua as his own, helping him with homework, science projects, attending every baseball, football, and basketball game, and school events, and more importantly, supporting him financially and emotionally when dealing with the lack of attendance of Joshua's biological father. Jasonn whole heartedly has taken on the responsibilities of a father, and goes beyond what is expected of him to make sure his children are loved and cared for in every way possible. We share custody of our seven year old daughter, Jordynn. Jordynn loves Jasonn as much as he loves her, they are inseparable. Jasonn calls Jordynn on a daily basis to talk to her about how her day at school went, and how she is feeling, and often visits her during the week. He also goes out of his way to watch Jordynn when she is ill and has to be absent from school so that I don't have to miss work. When I have conferences or meetings Jasonn will volunteer to pick up Jordynn from school during the week and spend time with her until I am able to get her. Jasonn is always willing to go out of his way to provide the support needed to raise our daughter.

    Jordynn has severe asthma, and Jasonn participates fully in her doctor's appointments and advises me on what medications and doses to give Jordynn on a daily basis. He also attends all of her yearly well-child checks, dentist, and optometrist appointments. He is active in making sure Jordynn eats healthy foods, gets exercise, and plays sports with community leagues.

    Although Jasonn and I have our differences, he is well respected by not only me, but our friends, family, and community. Jasonn has always been a trustworthy and responsible person who goes out of his way to make sure others come before him.

Sincerely,
Rhonda M. Gonzales

To Whom It May Concern,

Jasonn has been part of my life for the past nine years; he has been a wonderful father figure. I appreciate his caring, nurturing, selfless attributes. He has always and continues to provide a safe and loving environment for me and my sister, Jordynn. He loves us unconditionally, always putting our needs and emotions before his own. Jasonn has always been a friendly, considerate, and amazing person. I have been blessed considerably with such a person as my step-father. He is loved by everyone who knows him…he continues day in and day out, no matter what he is going through to give of himself in many ways. Any person who knows him is grateful for his friendship.


Sincerely,

Joshua Gomez

Respected Sir/Madam,

I, Monica Varela, am writing this letter in support of Jasonn Gonzales. I have come to know him really well. One thing I can guarantee is that he is a respectable person, and I would stand by him through anything.

He is one of the nicest people I have known and he is extremely hardworking and dedicated. I am sure that even other people, who may not even be his friends, will vouch that he is a good person.

I immediately wrote this letter to you even before Jasonn could ask me. Jasonn is an amazing father who is obviously involved in his daughters' life and I would hate for her to suffer due to this matter. He loves his daughter dearly and is an outstanding father and person.

Sincere Regards,

Monica Varela

To Whom It May Concern,

My name is Andrew Valdez and I have known Jasonn Gonzales for numerous years, and he is a respectable, amazingly helpful, friendly person.  Among his attributes of character are most importantly being a loving and caring father to his seven year old daughter, Jordynn.  He shares custody of his daughter and is always involved in her life.  In public he is seen as a wonderful parent, always catering to the needs of his child.  Jasonn is also hard working, and continues to help others selflessly.

Thank you,

Andrew Valdez

Dear Sir or Madam,

I am writing in reference to Jasonn Gonzales, who I am proud to have met and consider my friend.

I believe I am in a position to speak to Jasonn's moral character, so I hope you will take this letter into account when making your decision.

Jasonn is, in short, a good person. Jasonn has always been kind and generous with others. Jasonn has a strong sense of duty, which applies in his family, and community. He also possesses a great deal of integrity, and constantly strives to make sure he is doing the right thing.  He is an excellent father, actually he is representative of a model father, loving and creating a wonderful environment for his daughter, Jordynn.

It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you, so I hope you will look at my letter and the countless others you're receiving, and understand that Jasonn is the kind of person around whom people rally. That has to say something, so please let that be a factor in your decision.

Thank you,

Patricia Jaramillo

Dear Judge,

I am writing to tell you of the many fine qualities of Jasonn Gonzales, whom I have known for an extensive amount of time, in various capacities.

I have had the chance to get to know Jasonn, and I say without a doubt that you are dealing with a person of very good moral character. Jasonn operates with integrity, and never has a bad word to say about anyone. He is also hard working and dedicated. Jasonn always shows his sincere character through interacting with others, family, friends, and being a parent. He loves whole heartedly and continues to help others no matter what his situation has been.

On a personal level, may I just say that I really like Jasonn, and I have no doubts about who he is as a friend, father, or person.

Thank you,

Felix Valdez

To Whom It May Concern:

In the years I have known Jasonn Gonzales; I have been impressed with his dedication to any endeavor he has been involved with, especially caring for his family and friends.

Jasonn demonstrates a giving and generous nature with his time and efforts. He is well liked by everyone who knows him. Jasonn is a father who loves his daughter dearly and puts her needs before his own. He has always been a nurturing and caring person.


Sincerely,

Gloria Brito

To whom it may concern,

I am writing to let you know how saddened and surprised I am to hear what is happening with Jasonn. Jasonn is my brother, we are 4 years apart and many miles apart but we are as close in our hearts as a brother and sister could be. I have always admired Jasonns kindness and ability to love unconditionally, his heart is bigger than his presence. He would give you the shirt off his back and have nothing just knowing that he would make you happy. There has never been a time in my life that I doubted his love, I could call him anytime anywhere and ask anything from him knowing that he would be right there for me. I have had the pleasure of watching him grow into an amazing father and husband, putting his family first always. If I had to search my mind for a fault in Jasonn, I would say that he gives too much of himself at the risk of not taking care of his needs. That is what I believe has caused so many disappointment's and setbacks for Jasonn, my hopes and desires for him is that he will have the opportunity to live his life to the fullest of his potential.


Thank You,

Jaimee Laisne

Sister to Jasonn Gonzales

To whom it may concern,

On behalf of Jasonn Gonzales, I've witnessed his character, judgment and sense of responsibility over a period of eight years. In 2010, after 25 years I retired from my Los Angeles psychotherapy practice, and have seen more of Jasonn and his parents, with whom I've had a decades long friendship of the family. I've stayed at their Abiquiu home often, and observed Jasonn in his role as a dependable employee during the week, and attentive father to his daughter.

If I can be of any help in this matter I can be reached at 323 240 4649.

Sincerely

Chloe A. Parham