IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 14-922 JB |
| | ) | |
| **JASONN GONZALES**, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION FOR DOWNWARD ADJUSTMENT IN DEFENDANT'S OFFENSE LEVEL

The United States of America respectfully files this motion pursuant to U.S.S.G. § 3E1.1(b), and moves the Court for an order for a one (1) level downward adjustment of the Offense Level in sentencing the above-named defendant. As grounds therefore, the United States provides as follows:

1. Pursuant to U.S.S.G. § 3E1.1(a), the defendant clearly has demonstrated acceptance of responsibility for this offense, and the defendant's offense level should be decreased by two (2) levels.

2. Prior to operation of U.S.S.G. § 3E1.1(b), the defendant's offense level is 16 or greater.

3. The defendant has assisted authorities in the investigation or prosecution of this matter by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

4. Therefore, pursuant to U.S.S.G. § 3E1.1(b), the defendant's offense level should be

adjusted downward by one (1) additional level.

   **WHEREFORE**, the United States respectfully requests a downward adjustment in defendant's offense level of one (1) additional level for acceptance of responsibility.

                   Respectfully submitted,

                   DAMON P. MARTINEZ
                   United States Attorney

                   */s/ Filed Electronically*
                   TARA C. NEDA
                   Assistant U. S. Attorney
                   P.O. Box 607
                   Albuquerque, New Mexico
                   (505) 346-7274

I HEREBY CERTIFY that on December 9, 2014,
I filed the foregoing electronically through the
CM/ECF system, which caused counsel of record
to be served by electronic means, as more fully
reflected on the Notice of Electronic Filing.

*/s/ Filed Electronically*
TARA C. NEDA
Assistant U.S. Attorney

2