# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. CR 14-922 JB |
| JASONN GONZALES, | ) ) ) | |
| Defendants. | ) | |

## ORDER FOR DOWNWARD ADJUSTMENT IN DEFENDANT'S OFFENSE LEVEL

THIS MATTER having come before the Court on the written Motion of the United States Attorney for the District of New Mexico pursuant to U.S.S.G. § 3E1.1(b) for a downward adjustment in the offense level of one (1) additional level in sentencing the above-named defendant, and the Court being fully advised in the premises, FINDS that the defendant's offense level should be adjusted downward by one (1) additional level for acceptance of responsibility.

IT IS THEREFORE ORDERED that the offense level be adjusted downward by one (1) additional level for acceptance of responsibility in sentencing the above-named defendant.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
TARA C. NEDA
Assistant U.S. Attorney