IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Criminal No. 14-922 JB |
| **JASONN GONZALES** and **GERALD ARCHULETA,** | ) | |
| Defendants. | ) | |

## NOTICE OF UNAVAILABILITY

Undersigned counsel hereby notifies the Court and the parties that she will not be available February 17 and February 18, 2015. Undersigned counsel respectfully requests that, if possible, any court proceedings be scheduled outside of this time period.

    Respectfully submitted,

    DAMON P. MARTINEZ
    United States Attorney

    */s/ Electronically filed*
    TARA C. NEDA
    Assistant United States Attorney

I HEREBY CERTIFY that on January 21, 2015, I filed the foregoing electronically through the CM/ECF system, which caused defense counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Electronically filed*
TARA C. NEDA
Assistant U.S. Attorney