**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff,

v. No. CR 14-922 JB

GERALD ARCHULETA,

    Defendant.

### ORDER CONTINUING FEBRUARY 10, 2015 SENTENCING DATE

THIS MATTER HAVING COME BEFORE the Court on Defendant's unopposed motion to continue February 10, 2015 sentencing date (Doc.75), this Court, being fully informed of the premises and there being no objections,

HEREBY FINDS AND ORDERS the Defendant's motion (Doc.75) is well-taken and granted, and that good cause exists for the continuance, and that the sentencing hearing presently scheduled for February 10, 2015 is hereby vacated and rescheduled for February 24, 2015 at 1:30 p.m.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

/S/ *Todd Hotchkiss*
TODD HOTCHKISS
TODD B. HOTCHKISS, ATTORNEY AT LAW, LLC
Attorney for GERALD ARCHULETA

Not able to contact; opposition not reasonably anticipated
TARA NEDA
ASSISTANT UNITED STATES ATTORNEY