**Aguirre, Mary H. (USANM) 1**

| | |
|---|---|
| **From:** | Neda, Tara (USANM) |
| **Sent:** | Thursday, March 12, 2015 2:21 PM |
| **To:** | Aguirre, Mary H. (USANM) 1; K'Aun_Wild@nmcourt.fed.us |
| **Cc:** | 'brian_pori@fd.org' (brian_pori@fd.org); todd@toddhotchkisslaw.com |
| **Subject:** | RE: U.S. v. Gonzales, Archuleta, 14cr922 JB |

Everyone:  after reading this email, I realize that I provided the wrong exhibit numbering – it should be 1(a) through (d) and 2(a) and (b); and 3

---

**From:** Aguirre, Mary H. (USANM) 1
**Sent:** Thursday, March 12, 2015 2:19 PM
**To:** K'Aun_Wild@nmcourt.fed.us
**Cc:** 'brian_pori@fd.org' (brian_pori@fd.org); todd@toddhotchkisslaw.com
**Subject:** U.S. v. Gonzales, Archuleta, 14cr922 JB

Hello, K'Aun:  attached are the sworn statements of the agents and their attached spreadsheets [exhibits 1(a) and (b) and 2(a), (b), (c) and (d)].  Also, the hard disc containing all the raw data of each transaction, Exhibit 3, will be delivered via today's court run because it contains too much data to be emailed.

Brian and Todd:  You can pick up your copy of the disc (Exhibit 3) at the desk on the 9th floor.

Tara C. Neda, AUSA
(505) 224-1475
tara.neda@usdoj.gov

<< File: Ex 1a Dotson - Affidavit for Gonzales.pdf >>  << File: Ex 1b 3-11-15 Copy of CO UI claims.pdf >>  << File: Ex 1c 3-11-15 Copy of NM UI claims.pdf >>  << File: Ex 1d 3-11-15 Copy of TX UI  claims_Redacted.pdf >>  << File: Ex 2a Brown - Affidavit for Archuleta.pdf >>  << File: Ex 2b 3-11-15Copy of Archuleta loss spreadsheet.pdf >>

Affidavit

**U.S. Department of Labor**
Office of Inspector General

---

City: Dallas

Date: March 11, 2015

State: Texas

Time: 10:43 am

### USA v. Jasonn Gonzales and Gerald Archuleta
### District of New Mexico
### Criminal No. 14-cr-922JB

<u>Heather Dotson, Special Agent</u>, being duly sworn, deposes and states:

1. On or about June 24, 2013, I prepared the attached spreadsheet documenting the actual and intended loss amounts for which defendant Jasonn Gonzales is held accountable.

2. These figures were compiled from source data including the New Mexico Department of Workforce Solutions, the Texas Workforce Commission, the Colorado Department of Labor and Employment, JP Morgan Chase, Wells Fargo and Bank of America.

3. I reviewed the above listed agency and bank records and to the best of my knowledge the actual and intended loss figures are correct. The actual loss for Jasonn Gonzales is at least $804,735.73[1]. The actual loss is based on monetary payments from each of the three states and monies withdrawn from the debit cards that were issued by each of the three states.

Case Number: 14-cr-922JB     Page 1 of 2     Deponent's Initials HD

OIG 118A

---

[1] Colorado Department of Labor and Employment underreported the loss amount for McReynolds Consulting employee Philip Gomez by $15,120 and for West Colorado Textile employee Ronnie Flores by $1,846. This would adjust the actual loss amount for Jasonn Gonzales to $821,701.73.

GOVERNMENT EXHIBIT 1(a)

Statement of   Heather Dotson                        Date:   March 11, 2015   

I have read this statement consisting of  2  pages.  I have been given an opportunity to make corrections.  This statement is true and correct to the best of my knowledge.

_Deponent's Signature_

Subscribed and sworn before (Inspector General Act of 1978, 5 U.S.C., App. 3):

David Wickersham

Special Agent

Date:   3/11/15   

Case Number: 14-cr-922JB

OIG 118C

60-3902-0010-DC-1

## FICTITIOUS UI CLAIMS FILED IN COLORADO

**Employer/Mailing Address:** Brent Liberda DBA West Colorado Textile, PO Box 18472, Denver, CO 80218

Christina Cardenas applied for PO Box 18472 on 07/12/11

**Reported Physical Location & Phone:** 7356 W. Alameda Ave., Lakewood, CO 80246, 303-520-3520

7356 W. Alameda Ave. does not exist.

| Name | SSN | Address | PO Box Applicant and Date | Date UI Claim Filed | UI $ Paid | Potential Loss | Time Period of UI Payments | Chase Acct # | Fictitious UI Claim in NM? |
|---|---|---|---|---|---|---|---|---|---|
| Fede, Phil | 7538 | PO Box 18604 Denver, CO 80218 | Christine Ortega 07/12/11 | 7/25/2011 | 19,068.00 | 20,884.00 | 8/6/11 - 5/20/12 | 3786 | No |
| Mares, Joe * | 583 | PO Box 18801 Denver, CO 80218 | Gerald Archuleta 07/12/11 | 7/26/2011 | 18,160.00 | 20,884.00 | 08/06/11 - 5/13/12 | 6696 | No |
| Trujillo, Desiray | 9990 | c/o G. Archuleta PO Box 611 to PO Box 1308 Pagosa Springs, CO 81147 chg 3/21/12 | | 8/24/2011 | 17,252.00 | 20,884.00 | 09/03/11 - 6/17/12 | 9452 | No |
| McGinn, Damon | 3800 | PO Box 11695 to PO Box 10439 Denver, CO 80211 chg 2/6/12 | Christine Ortega 07/12/11 | 7/26/2011 | 18,160.00 | 20,884.00 | 08/06/11 - 5/13/12 | 5731 | No |
| Padilla, Ashley | 9898 | c/o Chris Ortega to Chris Cardenas PO Box 48134 Denver, CO 80204 chg 3/16/12 | Christine Ortega 07/12/11 | 8/9/2011 | 19,976.00 | 20,884.00 | 08/20/11 - 7/6/12 | 3887 | No |
| Flores, Ronnie | 1680 | PO Box 40962 to PO Box 44287 Denver, CO 80204chg 2/6/12 | Gerald Archuleta 07/12/11 | 7/26/2011 | 18,160.00 | 20,884.00 | 08/06/11 - 5/13/12 | 6797 | Yes, employee of Lonnie Petry |
| Allen, Megan | 4726 | PO Box 11492 to PO Box 328 Denver, CO 80211 chg 2/27/12 | Christina Cardenas 07/12/11 | 8/9/2011 | 18,614.00 | 20,884.00 | 08/20/11 - 6/17/12 | 4159 | No |
| Martinez, Kevin | 7312 | c/o Daniel Johnson PO Box 40945 to PO Box 693 Pagosa Springs, CO chg 9/16/11 | Christina Cardenas 07/12/11 | 8/8/2011 | 21,500.00 | 23,000.00 | 08/20/11 - 6/17/12 | 4960 | No |
| Trujillo, Anthony | 5477 | PO Box 11492 to PO Box 79 Denver, CO 80211 chg 2/23/12 | Christina Cardenas 07/12/11 | 8/9/2011 | 17,252.00 | 20,884.00 | 08/20/11 - 5/13/12 | 4351 | No |
| | | | | | $168,142.00 | $190,072.00 | | | |

* Joe Mares/27-5913 has been identified as a fictitious employer in NM.

GOVERNMENT EXHIBIT 1(b)

# FICTITIOUS UI CLAIMS FILED IN COLORADO

**Employer/Mailing Address:** Karl Valdez DBA Baja Outfitters, 22980 Pamplico Drive, Valencia, CA 91354

**Reported Physical Location & Phone:** 4382 Vista Pl., Colorado Springs, CO 80905, 719-433-6053
According to LaDawn Stegman, CDLE, 4382 Vista Pl. does not exist.

| Name | SSN | Address | Comment Re Address | Date UI Claim Filed | UI $ Paid | Potential Loss | Time Period of UI Payments | Chase Acct # | Fictitious UI Claim in NM? |
|---|---|---|---|---|---|---|---|---|---|
| Adams, Steven C. | 6307 | PO Box 713 to PO Box 452 Denver, CO 80218 chg 10/12/11 | | 4/22/2011 | 6,675.00 | 9,644.00 | 05/07/11 - 8/14/11 | 5623 | No |
| Kowalczyk, Mike | 0357 | PO Box 611 Pagosa Spgs, CO 81147 to PO Box 327 Colorado Springs, CO 80321 chg 10/12/11 | | 5/13/2011 | 4,895.00 | 9,632.00 | 05/28/11 - 8/7/11 | 9501 | Yes, employee of Carlos Roybal |
| Scott, Megan D. | 8861 | c/o Michelle E. c/o Cindy Roybal PO Box 31903 to PO Box 174 Durango, CO 80419 10/21/11 chg | same address of NM UI clmnts Gabriel Vigil & Santiama Jordan | 5/12/2011 | 4,895.00 | 9,556.00 | 05/28/11 - 8/7/11 | 0126 | No |
| Garcia, Anthony S | 5653 | PO Box 623 to PO Box 931 Pagosa Springs, CO 81147 chg 6/5/11 | | 5/13/2011 | 4,895.00 | 10,054.00 | 05/28/11 - 8/7/11 | 966 | Yes, employee of Carlos Roybal |
| Herrera, Amanda | 8805 | c/o Steve Mario PO Box 66084, Albuquerque, NM 87114 to PO Box 5395 Boulder, CO 80391 chg 10/12/11 | | 5/12/2011 | 4,895.00 | 9,810.00 | 05/28/11 - 8/7/11 | 663 | Yes, employee of Carlos Roybal |
| Treadway, Jesse | 7374 | PO Box 613 to PO Box 710 Pagosa Springs, CO 81147 chg 6/5/11 | | 5/13/2011 | 4,895.00 | 9,649.00 | 05/28/11 - 8/7/11 | 1951 | Yes, employee of Carlos Roybal |
| Casey, Travis * | 2689 | c/o Chris Daniels PO Box 43, Embudo, NM 87531 to PO Box 8175 Holywood, CA 90007, chg 10/12/11 | | 4/22/2011 | 6,675.00 | 9,642.00 | 05/07/11 - 8/14/11 | 4787 | No |
| | | | | | $37,825.00 | $67,987.00 | | | |

* Travis Casey/27-2753 has been identified as a fictitious employer in NM.

## FICTITIOUS UI CLAIMS FILED IN COLORADO

**Employer/Mailing Address:** Mike Brimer DBA A To Z Equipment, PO Box 43, Embudo, NM 87531

PO Box 43 is the address of TX employer Dallas Biological Discovery & Research & CO UI claimants Travis Casey and Tyler Kowalczyk.

**Reported Physical Location & Phone:** 7502 E. 36th Ave., Denver, CO 80238, 303-921-6459

7502 E. 36th Ave. does not exist.

| Name | SSN | Address | Comment Re Address | Date UI Claim Filed | UI $ Paid | Potential Loss | Time Period of UI Payments | Chase Acct # | Fictitious UI Claim in NM? |
|---|---|---|---|---|---|---|---|---|---|
| Montoya, Arnold | 3663 | c/o Chris O. to Cindy Roswent PO Box 623 to PO Box 1505 Pagosa Springs, CO 81147 chg 1/6/12 | | 6/6/2011 | 19,710.00 | 20,148.00 | 6/18/11 - 5/20/12 | 2570 | No |
| Fede, Chris | 1367 | c/o G. Archuleta PO Box 6231 to PO Box 392 Santa Fe, NM 87504 chg 5/7/12 | same address of NM fictitious employers Don Haffner & Timothy Sisneros and TX UI clmnt Jim Thorpe | 6/2/2011 | 20,832.00 | 25,606.00 | 06/18/11 - 5/20/12 | 9824 | No |
| Larranaga, Steve | 1551 | c/o M. Espinoza, PO Box 2403 to PO Box 782 Espanola, NM 87532 chg 5/7/12 | Same address of NM UI clmnts Timothy Sisneros & Alyssa Osegueda | 6/2/2011 | 21,360.00 | 26,255.00 | 06/18/11 - 5/20/12 | 0272 | No |
| Petry, Lonnie * | 9281 | c/o C. Cardenas to c/o Vanessa Rios PO Box 613 to PO Box 817 Pagosa Springs, CO 81147 chg 5/22/12 | | 6/6/2011 | 20,492.00 | 25,724.00 | 06/18/11 - 5/20/12 | 2566 | No |
| | | | | | $82,394.00 | $97,733.00 | | | |

* Lonnie Petry/27-3581 has been identified as a fictitious employer in NM.

60-3862-0020-BC-I

# FICTITIOUS UI CLAIMS FILED IN COLORADO

**Employer/Mailing Address:** Steve Small DBA SR Tech Service, PO Box 5493, Pagosa Springs, CO 81147

**Reported Physical Location & Phone:** 4315 Lewis Street, Pagosa Springs, CO 81147, 714-849-9524

| Name | SSN | Address | Comment Re Address | Date UI Claim Filed | UI $ Paid | Potential Loss | Time Period of UI Payments | Chase Acct # | Fictitious UI Claim in NM? |
|---|---|---|---|---|---|---|---|---|---|
| Archuleta, Edwin | 1810 | PO Box 713 Santa Cruz, NM 87567 | | 3/1/12 denied | 0.00 | 0.00 | | | Yes, employee of Adam Romero |
| Dominguez, Javier | 1617 5/7/12 | PO Box 242 to PO Box 1354 Alcalde, NM 87511 Chg | | 3/11/2011 | 27,006.00 | 31,199.00 | 03/26/11 - 5/20/12 | 3187 | Yes, employee of Adam Romero |
| Kowalczyk, Tyler | 6395 10/26/11 | c/o David Stephens PO Box 43 to PO Box 308 Embudo, NM 87531 to Tesuque, NM 87574 chg | | 2/28/2011 | 11,105.00 | 11,105.00 | 8/27/11 - 2/12/12 | 6152 | Yes, employee of Joe Mares |
| Medina, Jerome | -7667 4/23/12 | PO Box 23952 Santa Fe, NM 87502 chg | same address of NM UI clmnts Lisa Espinoza, Leala Ward, & Elias Soveranes | 2/28/2011 | 27,152.00 | 30,349.00 | 3/12/11 - 5/20/12 | 5173 | Yes, employee of Casey Travis |
| Roybal, Jacob | 2363 | PO Box 2631 Santa Fe, NM 87502 | same address of NM UI clmnt Lila Casey | 3/30/2011 | 25,830.00 | 30,388.00 | 04/09/11 - 5/20/12 | 4527 | Yes, employee of Adam Romero |
| | | | | | $91,093.00 | $103,041.00 | | | |

## FICTITIOUS UI CLAIMS FILED IN COLORADO

**Employer/Mailing Address:** Carlos Roybal DBA Zia Computers, PO Box 613, Pagosa Springs, CO 81147
PO Box 613 is the address of CO UI claimants Jesse Treadway and Lonnie Petry.
Carlos Roybal/27-2507 has been identified as a fictitious employer in NM.
**Reported Physical Location & Phone:** 3562 Causeway Dr., Pagosa Springs, CO 81147, 970-582-0205

| Name | SSN | Address | PO Box Applicant & Date/Comment | Date UI Claim Filed | UI $ Paid | Potential Loss | Time Period of UI Payments | Chase Acct # | Fictitious UI Claim in NM? |
|---|---|---|---|---|---|---|---|---|---|
| Marquez, Jesse | 8082 | c/o Chris Ortega to Margret Vincent PO Box 623 Pagosa Springs, CO 81147 chg 9/25/11 | | 9/16/2011 | 4,086.00 | 11,804.00 | 10/01/11 - 11/27/11 | 5525 | No |
| Trujillo, Alfred | 8808 | c/o Charles Diaz to Sally Wright PO Box 5845 to PO Box 41207 Santa Fe to Albuquerque, NM 87502 87101 chg 12/2/11 | same address of NM fictitious employers Julian Candelaria & Kevin Smith and TX UI clmnt Chris Blea | 9/16/2011 | 4,994.00 | 11,804.00 | 10/01/11 - 12/11/11 | 5539 | No |
| Martinez, Eric | 2777 | c/o Chris Cardenas to Sandy Lomas PO Box 11492 Denver, CO 80211 chg 10/21/11 | Christina Cardenas 07/12/11 | 9/16/2011 | 4,086.00 | 11,405.00 | 10/01/11 - 11/27/11 | 5558 | No |
| Marquez, Donna | 2197 | PO Box 11493 to PO Box 192 Denver, CO 80211 chg 3/22/12 | Jacob Roybal 10/01/11 | 10/3/2011 | 2,270.00 | 6,992.00 | 10/15/11 - 11/22/11 | 8605 | No |
| Martinez, Chris | 8545 | c/o Gerald Archuleta to Stew Applebee PO Box 611 to PO Box 14 Pagosa Springs, CO 81147 chg 10/21/11 | | 9/16/2011 | 4,086.00 | 11,804.00 | 10/01/11 - 11/27/11 | 5999 | No |
| Martinez, Eli | 9347 | c/o Michelle Espinoza to Vickie Romero PO Box 242 to PO Box 91 Alcalde, NM 85711 chg 12/2/11 | same address of TX UI clmnt Janeth Honey | 9/16/2011 | 4,086.00 | 11,804.00 | 10/01/11 - 11/27/11 | 6005 | No |

# FICTITIOUS UI CLAIMS FILED IN COLORADO

| Name | SSN | Address | Claimant/Date | Date | Amount | Amount | Date Range | | No |
|---|---|---|---|---|---|---|---|---|---|
| Valdez, Jose | 3132 | c/o Raymond Anthoney PO Box 40442 to PO Box 49756 Denver, CO 80204 chg 10/27/11 | Michelle Espinoza 10/01/11 | 10/3/2011 | 3,178.00 | 11,804.00 | 10/15/11 - 11/27/11 | 7836 | No |
| Lovato, Patrick | 7236 | PO Box 11602 to PO Box 119 Denver, CO 80211 chg 3/22/12 | Michelle Espinoza 10/01/11 | 10/3/2011 | 3,178.00 | 7,244.00 | 10/15/11 - 11/27/11 | 8925 | No |
| Maestas, Matthew | 1776 | PO Box 40553 to PO Box 406 Denver, CO 80204 chg 3/22/12 | Jacob Roybal 10/01/11 | 10/3/2011 denied | 0.00 | 0.00 | | | No |
| Trujillo, Julian | 5905 | PO Box 59 Pagosa Springs, CO 81147 chg 12/2/11 | | 10/3/2011 denied | 0.00 | 0.00 | | | No |
| Lopez, Adrian | 6653 | PO Box 18764 Denver, CO 80218; c/o Tracey Stevonitch PO Box 18663, Denver, CO 80218; c/o David Santorini, PO Box 3901, Espanola, NM 87532 chg 11/7/11 | | 10/3/2011 denied | 0.00 | 0.00 | | | No |
| | | | | | $29,964.00 | $84,661.00 | | | |

60-3862-0020-PCI

# FICTITIOUS UI CLAIMS FILED IN COLORADO

**Employer/Mailing Address:** Thomas McReynolds DBA McReynolds Consulting, PO Box 1384, Santa Cruz, NM 87567

**Reported Physical Location & Phone:** 6791 Monte Vista Lane, Denver, CO 80002, 720-633-3133

| Name | SSN | Address | PO Box Applicant & Date/Comment | Date UI Claim Filed | UI $ Paid | Potential Loss | Time Period of UI Payments | Chase Acct # | Fictitious UI Claim in NM? |
|---|---|---|---|---|---|---|---|---|---|
| Valdez, Antonio | -1694 | PO Box 1791, Espanola, NM 87532 | | 4/7/2011 | 24,640.00 | 25,960.00 | 4/23/11-5/20/12 | | |
| Ramirez, Alyisia | 3612 | PO Box 6190, Santa Fe, NM 87502 | | 4/8/2011 | 24,640.00 | 25,960.00 | 4/23/11-5/20/12 | | |
| Gomez, Philip | 8806 | PO Box 2018, Santa Fe, NM 87502 address as of 9/5/12: ▮ Espanola, | | 3/24/2011 | $24,484.00 | $26,854.00 | 4/6/11-5/6/12 | | |
| Trujillo, Bryan | 09948 | NM 87532 | | 3/24/2011 | $22,333.00 | $28,037.00 | 4/9/11-5/20/12 | | |
| | | | | | $96,097.00 | $106,811.00 | | | |

# FICTITIOUS UI CLAIMS FILED IN COLORADO

**Employer/Mailing Address:** Ralph Sanchez DBA Demlab Co-op, PO Box 554, Santa Fe, NM 87504

**Reported Physical Location & Phone:** 2431 S. Bend Rd, Denver, CO 80204, 682-300-0995

| Name | SSN | Address | PO Box Applicant & Date/Comment | Date UI Claim Filed | UI $ Paid | Potential Loss | Time Period of UI Payments | Chase Acct # | Fictitious UI Claim in NM? |
|---|---|---|---|---|---|---|---|---|---|
| Medrano, Margaret | 7272 | PO Box 40442, Denver, CO 80204 | | 4/27/2012 | 0.00 | 13,000.00 | | | |
| | | | | | 0.00 | 13,000.00 | | | |

| Company Name/Employer | Alleged Co Owner | UI $ Paid | Potential Loss |
|---|---|---|---|
| West Colorado Textile | Brent Liberda | 168,142.00 | 190,072.00 |
| Baja Outfitters | Karl Valdez | 37,825.00 | 67,987.00 |
| A To Z Equipment | Mike Brimer | 82,394.00 | 97,733.00 |
| SR Tech | Steve Smail | $91,093.00 | $103,041.00 |
| Zia Computers | Carlos Roybal | 29,964.00 | 84,661.00 |
| McReynolds Consulting | Thomas McReynolds | 96,097.00 | 106,811.00 |
| Demlab Co-op | Ralph Sanchez | 0.00 | 13,000.00 |
| TOTAL | | $505,515.00 | $663,305.00 |

**FICTITIOUS UI CLAIMS IN NEW MEXICO**

**Employer/Mailing Address:** New Frontier Landscaping, PO Box 616, Velarde, NM 87582    Fed ID # ▩5336

**Reported Physical Location & Phone:** 342 Riverside Drive, Espanola, NM 87582, 505-990-2767

Business started on 5/15/09; first wages paid 5/30/09

**Owner:** Guillermo Blanco, ssn ▩2875; Blanco employed by J& P Plumbing from 1st quarter of 2003-3rd quarter of 2003

| Name | SSN | Address | PO Box Applicant and Date | Date UI / Claim Filed or Re-Filed to Re-Open Claim | Maximum Benefits Allowed | UI $ Paid | Misc Info | Card Issuer |
|---|---|---|---|---|---|---|---|---|
| Martinez, Samantha | ▩6708 | physical: ▩ Velarde, NM 87582 mailing: PO Box 603, Velarde, NM 87582 | Jasonn Gonzales 4/29/09 | 8/9/2009 | $10,463.00 | $10,463.00 | 9/13/10 benefits suspended | BA & WF |
| Garcia, Johnathan | ▩8759 | physical: PO Box 603, Velarde, NM 87582 mailing: PO Box 603, Velarde, NM 87582 | Jasonn Gonzales 4/29/09 | 9/6/2009 & 3/14/2010 | $18,538.00 | $14,980.00 | 9/13/10 benefits suspended | BA |
| Archuleta, Gerald | ▩8896 | physical: ▩ Ojo Caliente, NM 87549 mailing: PO Box 603, Velarde, NM 87582 | Jasonn Gonzales 4/29/09 | 7/19/2009; 1/17/2010; 6/6/2010; 10/24/2010; 1/30/2010; 5/1/2011 | $31,645.00 | $31,645.00 | This is total amount of UI received | BA & WF |
| **Total** | | | | | **$60,646.00** | **$57,088.00** | | |

GOVERNMENT EXHIBIT 1(c)



**Employer/Mailing Address:** Southwest Design Studios, PO Box 1356, Alcalde, NM 87511          **Fed ID** 8951

**Reported Physical Location & Phone:** CR 43, Gate 15, Alcalde, NM 87511, 505-982-2137

Business started on 1/1/09; first wages paid 1/17/09

**Owner:** Mike Brimer, SS 7878; Brimer employed by J&P Plumbing from 3rd quarter of 2002-4th quarter of 2003

| Name | SSN | Address | PO Box Applicant and Date | Date UI Claim Filed / Claim Filed or Re-Filed to Re-Open Claim | Maximum Benefits Allowed | UI $ Paid | Misc Info | Card Issuer |
|---|---|---|---|---|---|---|---|---|
| Smith, Bill | 1479 | physical: Abiquiu, NM 87510  mailing: PO Box 244, Santa Cruz, NM 87567 | Gerald Archuleta 9/24/09 | 10/18/2009 | $10,478.00 | $0.00 | Did not pass SS # verification benefits denied | n/a |
| Martinez, David | 1793 | physical: Velarde, NM 87582  mailing address: PO Box 244, Santa Cruz, NM 87567 | Gerald Archuleta 9/24/09 | 10/18/2009 | $10,478.00 | $0.00 | Did not pass SS # verification benefits denied | n/a |
| Phillips, Edward | 3272 | physical: Alcalde, NM 87511  mailing address: PO box 244, Santa Cruz, NM 87567 | Gerald Archuleta 9/24/09 | 10/18/2009 | $10,478.00 | $0.00 | Did not pass SS # verification benefits denied | n/a |
| Lujan, Mike | 6239 | physical: Alcalde, NM 87511  mailing address: PO Box 244, Santa Cruz, NM 87567 | Gerald Archuleta 9/24/09 | 10/18/2008 | $10,478.00 | $0.00 | Did not pass SS # verification benefits denied | n/a |
| Total | | | | | $41,912.00 | $0.00 | | n/a |

**Employer/Mailing Address:** Zia Computer Information, PO Box 244, Santa Cruz, NM 87567     Fed ID [redacted]1485

**Reported Physical Location & Phone:** CR 56 Gate 13, Abiquiu, NM 87510, 505-990-8229

Business started on 1/1/09; first wages paid 1/15/09

**Owner:** Carlos Roybal, ss [redacted]0549; Roybal employed by J&P Plumbing 2nd quarter of 2007

| Name | SSN | Address | PO Box Applicant and Date | Date UI Claim Filed / Claim Filed or Re-Filed to Re-Open Claim | Maximum Benefits Allowed | UI $ Paid | Misc Info | Card Issuer |
|---|---|---|---|---|---|---|---|---|
| Treadway, Jesse | 7374 | physical: [redacted] Alcalde, NM 87511 mailing: PO Box 1356, Alcalde, NM 87511 | Gerald Archuleta 9/24/09 | 12/13/2009; 6/27/2010 | $18,151.00 | $13,696.00 | 8/13/10 benefits suspended | BA & WF |
| Garcia, Anthony | 5653 | physical: [redacted] Abiquiu, NM 87510 mailing: PO Box 1356, Alcalde, NM 87511 | Gerald Archuleta 9/24/09 | 12/13/2009; 6/27/2010 | $18,151.00 | $13,696.00 | 8/13/10 benefits suspended | BA & WF |
| Gutierrez, Joani | 9051 | No record found | n/a | N/A | N/A | $0.00 | listed on Quarter Report; Did NOT file for UI benefits | n/a |
| Kowalczyk, Mike | 0357 | physical: [redacted] Alcalde, NM 87511 mailing: PO Box 1356, Alcalde, NM 87511 | Gerald Archuleta 9/24/09 | 12/13/2009; 6/27/2010 | $18,151.00 | $13,696.00 | 8/13/10 benefits suspended | BA & WF |
| Total | | | | | $54,453.00 | $41,088.00 | | |

**Employer/Mailing Address:** Enchanted Speciality Services, PO box 83, Embudo, NM 87[ ] Fed ID # ▮▮9751

**Reported Physical Location & Phone:** CR 156 House 74, Abiquiu, NM 87510, 505-753-1172

Business started on 2/2/09; first wages paid 2/16/09

**Owner:** Travis Casey, ssn ▮▮2689; Casey employed by J&P Plumbing 3rd quarter 2004-2nd quarter of 2005

| Name | SSN | Address | PO Box Applicant and Date | Date UI Claim Filed | Claim Filed or Re-Filed to Re-Open Claim | Maximum Benefits Allowed | UI $ Paid | Misc Info | Card Issuer |
|---|---|---|---|---|---|---|---|---|---|
| Ortega, Christine | 0852 | physical: Abiquiu, NM 87510 mailing: PO Box 1322, Abiquiu, NM 87510 | Jacob Roybal 1/6/10 | 2/7/2010; | 8/22/2010 | $19,596.00 | $12,177.00 | 9/3/10 benefits suspended | BA & WF |
| Quintana, Antonette | 0860 | physical: Abiquiu, NM 87510 mailing: PO Box 1322, Abiquiu, NM 87510 | Jacob Roybal 1/6/10 | 1/24/2010; | 8/1/2010 | $19,596.00 | $13,530.00 | 9/3/10 benefits suspended | BA & WF |
| Archuleta, Naicisco | 4676 | physical: Abiquiu, NM 87510 mailing: PO Box 1322, Abiquiu, NM 87510 | Jacob Roybal 1/6/10 | | 1/24/2010 | $11,076.00 | $0.00 | Did NOT pass SS# validation benefits denied | n/a |
| Medina, Jerome | 7667 | physical: Abiquiu, NM 87510 mailing: PO Box 1322, Abiquiu, NM 87510 | Jacob Roybal 1/6/10 | 1/24/2010; | 8/1/2010 | | $13,530.00 | 9/3/10 benefits suspended | WF |
| Total | | | | | | $69,864.00 | $39,237.00 | | |

**Employer/Mailing Address:** Zia Framing, PO Box 1322, Abiquiu, NM 87510     **Fed ID #** ▓1038

**Reported Physical Location & Phone:** Private Road 1523, Gate54, Abiquiu, NM 87510, 505-635-0500

Business started on 1/1/09; first wages paid 2/15/09

**Owner:** Lonnie Petry, ssn ▓9281; Petry employed by J&P Plumbing 1st quarter of 2004

| Name | SSN | Address | PO Box Applicant and Date | Date UI Claim Filed / Claim Filed or Re-Filed to Re-Open Claim | Maximum Benefits Allowed | UI $ Paid | Misc Info | Card Issuer |
|---|---|---|---|---|---|---|---|---|
| Martinez, Richard | ▓8490 | Physical: ▓ Taos, NM 87571 mailing:9712 Cooper Loop, Taos, NM 87571 | n/a | 1/30/2011 | $10,036.00 | $772.00 | stopped certifying | WF |
| Flores, Ronnie | ▓1680 | physical: ▓ Velarde, NM 87582  mailing: PO Box 83, Embudo, NM 87531 | Jacob Roybal 1/6/10 | 3/14/2010; 9/26/2010 | $19,596.00 | $11,726.00 | stopped certifying | BA & WF |
| Total | | | | | $29,632.00 | $12,498.00 | | |

**Employer/Mailing Address:** Rio Grande Tech Services, PO Box 1356, Alcalde, NM 87511 | Fed ID [redacted]0879

**Reported Physical Location & Phone:** CR 34, House 12, Alcalde, NM 87511, 505-990-8229

Business started on 1/1/09

**Owner:** Adam Romero, ssn [redacted]8497; Romero employed by J&P Plumbing 3rd quarter of 2007

| Name | SSN | Address | PO Box Applicant and Date | Date UI Claim Filed; Claim Filed or Re-Filed to Re-Open Claim | Maximum Benefits Allowed | UI $ Paid | Misc Info | Card Issuer |
|---|---|---|---|---|---|---|---|---|
| Roybal, Jacob | 2363 | physical: Abiquiu, NM 87567 mailing: Cruz, NM 87567 | Gerald Archuleta 9/24/09 | 11/1/2009; 5/16/2010 | $18,538.00 | $16,692.00 | 8/13/10 suspended | BA |
| Dominguez, Javier | 1617 | physical: Abiquiu, NM 87510 mailing: PO Box 244, Santa Cruz, NM 87567 | Gerald Archuleta 9/24/09 | 5/9/2010; 11/1/2009 | $18,538.00 | $16,692.00 | 8/13/10 suspended | BA |
| Archuleta, Edwin | 1810 | physical: Abiquiu, NM 87510 mailing: PO Box 244, Santa Cruz, NM 87567 | Gerald Archuleta 9/24/09 | 11/1/2009; 5/16/2010 | $18,538.00 | $16,692.00 | 8/13/10 suspended | BA |
| Total | | | | | $55,614.00 | $50,076.00 | | |

**Employer/Mailing Address:** Zia Marketing, PO Box 1322, Abiquiu, NM 87510    **Fed ID** [redacted]9877

**Reported Physical Location & Phone:** Private Road 1627, Gate 43, Abiquiu, NM 87510, 505-684-3972

Business started on 4/1/09  first wages paid 4/15/09

**Owner:** Joe Mares, ssn [redacted]3583; Mares employed by J&P Plumbing 1st quarter 2005-3rd quarter 2007

| Name | SSN | Address | PO Box Applicant and Date | Date UI Claim Filed / Claim Filed or Re-Filed to Re-Open Claim | Maximum Benefits Allowed | UI $ Paid | Misc Info | Card Issuer |
|---|---|---|---|---|---|---|---|---|
| Knight, Jesse | 7071 | physical: [redacted] Abiquiu, NM 87510  mailing: PO Box 1415, Abiquiu, NM 87510 | Christine Ortega unknown date opened | | $9,880.00 | $1,900.00 | 10/1/10 suspended | WF |
| Pacheco, Zachery | 5017 | physical: [redacted] Alcalde, NM 87511  mailing: PO Box 1141, Abiquiu, NM 87510 | Christina Cardenas 8/18/10 | 8/15/2010 | $9,880.00 | $1,900.00 | 10/1/10 suspended | WF |
| Cardenas, Christina | 0721 | physical: [redacted] Abiquiu, NM 87510  mailing: PO Box 1141, Abiquiu, NM 87510 | Christina Cardenas 8/18/10 | 10/03/2004; 8/15/2010 | $14,560.00 | $1,900.00 | 10/1/10 suspended | WF |
| Maestas, Jacob | 0008 | physical: [redacted] Velarde, NM 87582  mailing: PO Box 1141, Abiquiu, NM 87510 | Christina Cardenas 8/18/10 | 8/15/2010 | $9,880.00 | $1,900.00 | 10/1/10 suspended | WF |
| Pacheco, John | 7950 | physical: [redacted] Velarde, NM 87582  mailing: PO box 1415, Abiquiu, NM 87510 | Christine Ortega unknown date opened | 9/5/2010 | $9,880.00 | $760.00 | 10/1/10 suspended | WF |
| Espinoza, Michelle | 6743 | physical: [redacted] Abiquiu, NM 87510  mailing: PO box 83, Embudo, NM 87531 | Jacob Roybal 1/6/10 | 8/15/2010 | $9,880.00 | $1,900.00 | 10/1/10 suspended | WF |

| Name | | Address | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|
| Lopez, Jessica | 4854 | physical: Abiquiu, NM 87510 mailing: PO Box 129, Embudo, NM 87531 | Christina Gonzales | 8/18/10 | 8/15/2010 | $9,880.00 | $1,900.00 | 10/1/10 suspended WF |
| Herrera, Amanda | 8805 | Physical: PO Box 70 Hernandez, NM 87537 mailing: PO Box 70 Hernandez, NM 87537 | n/a | 5/28/2006 | $0.00 | $0.00 benefits | Did NOT file for UI n/a | |
| Martinez, Steven | 0146 | physical: Abiquiu, NM 87510 mailing: PO Box 128, Embudo, NM 87531 | Christine Ortega | 8/18/10 | 8/15/2010 | $9,880.00 | $1,900.00 | 10/1/10 suspended WF |
| Kowalczyk, Tyler | 6395 | physical: Abiquiu, NM 87510 mailing: PO Box 129, Embudo, NM 87531 | Christina Gonzales | 8/18/10 | 8/15/2010 | $9,880.00 | $1,900.00 | 10/1/10 suspended WF |
| Martinez, Leon | 4432 | physical: Abiquiu, NM 87510 mailing: PO Box 128, Embudo, NM 87531 | Christine Ortega | 8/18/10 | 8/15/2010 | $9,880.00 | $1,900.00 | 10/1/10 suspended WF |
| Total | | | | | | $103,480.00 | $17,860.00 | |

**Employer/Mailing Address:** MJ Janitorial Services, Julian Candelaria, PO Box 5845, Santa Fe, NM 87502   Fed ID # ████4546

**Reported Physical Location & Phone:** 98 Calle De Lorcia, Santa Fe, NM 87507, 505-475-3321

Business started on 1/11/10 first wages paid 1/18/10

**Owner:** Julian Candelaria, ssn ████ 0070; Candelaria employed by J&P Plumbing 3rd quarter 2000-3rd quarter 2002

| Name | SSN | Address | PO Box Applicant and Date | Date UI Claim Filed / Claim Filed or Re-Filed to Re-Open Claim | Maximum Benefits Allowed | UI $ Paid | Misc Info | Card Issuer |
|---|---|---|---|---|---|---|---|---|
| Casey, Lila | ████1939 | physical: ████ Santa Fe, NM 87505 mailing: PO Box 23631, Santa Fe, NM 87502 | Christine Ortega 10/7/10 | | $8,970.00 | $4,830.00 | stopped certifying | WF |
| Garcia, Joe | ████7343 | physical: ████ Santa Fe, NM 87502 mailing: PO Box 23631, Santa Fe, NM 87502 | Christine Ortega 10/7/10 | 10/24/2010 | $9,542.00 | $4,037.00 | stopped certifying | WF |
| Ward, Leala | ████8028 | physical: ████ Santa Fe, NM 87507 mailing: PO Box 23952, Santa Fe, NM 87502 | Christina Cardenas 10/7/10 | 11/7/2010 | $8,866.00 | $3,751.00 | stopped certifying | WF |
| Soveranes, Elias | ████5000 | physical: ████ Santa Fe, NM 87507 mailing: PO Box 23952, Santa Fe, NM 87502 | Christina Cardenas 10/7/10 | 10/24/2010 | $9,100.00 | $0.00 | | n/a |
| Espinoza, Lisa Marie | ████2838 | physical: ████ Santa Fe, NM 87502 mailing: PO Box 23952, Santa Fe, NM 87502 | Christina Cardenas 10/7/10 | 11/21/2010 | $8,814.00 | $3,390.00 | stopped certifying | WF |
| Perez, Larry | ████-5000 | Two claims found under name: 154879377 & 29038332 | n/a | 5/1/2011 & 3/7/2010; 9/26/2010 | $14,950.00 | $7,898.00 | Did NOT pass SS# validation benefits denied | n/a |
| **Total** | | | | | **$60,242.00** | **$23,906.00** | | |

**Employer/Mailing Address:** Northern NM Delivery Co., PO Box 6231, Santa Fe, NM 87502    Fed ID [redacted]2456

**Reported Physical Location & Phone:** 943 Jaguar Street, Santa Fe, NM 87507, 505-684-0012

Business started on 1/4/10 first wages paid 1/11/10

**Owner:** Don Haffner, ssn [redacted]4861; Haffner previous employed by J&P Plumbing 2nd quarter 2001-4th quarter 2004

| Name | SSN | Address | PO Box Applicant and Date | Date UI Claim Filed / Claim Filed or Re-Filed to Re-Open Claim | Maximum Benefits Allowed | UI $ Paid | Misc Info | Card Issuer |
|---|---|---|---|---|---|---|---|---|
| Pacheco, Tiffany | [redacted]0859 | physical & mailing: PO Box 1302, Los Alamos, NM 87544 | Michelle Espinoza 1/19/11 | 1/23/2011 | $10,036.00 | $1,158.00 | | WF |
| Segueda, Alyssa | [redacted]4771 | physical & mailing: PO Box 2403, Espanola, NM 87532 | Michelle Espinoza 2/16/12 | 1/23/2011 | $10,036.00 | $1,158.00 | | WF |
| Sisneros, Timothy | [redacted]7324 | physical & mailing: PO Box 2403, Espanola, NM 87532 | Michelle Espinoza 2/16/12 | 1/23/2011 | $10,036.00 | $1,158.00 | | WF |
| Pacheco, Lee | [redacted]2624 | physical & mailing: PO Box 1302, Los alamos, NM 87544 | Michelle Espinoza 1/19/11 | 1/23/2011 | $10,036.00 | $1,158.00 | | WF |
| Jordan, Santanna | [redacted]9183 | physical & mailing: PO Box 31903, Santa Fe, NM 87594 | Michelle Espinoza 2/2/11 | 1/23/2011 | $10,036.00 | $772.00 | | WF |
| Martinez, Richard | [redacted]8490 | Physical and mailing: [redacted] Taos, NM 87571 physical: [redacted] Santa Fe, NM 87507 mailing: PO Box 31903, Santa Fe, NM 87594 | n/a | 1/30/2011 | $10,036.00 | $0.00 | also employee of Lonnie Petry | n/a |
| Vigil, Gabriel | [redacted]0451 | physical: [redacted] Santa Fe, NM 87507 mailing: PO Box 31903, Santa Fe, NM 87594 | Michelle Espinoza 2/2/11 | 1/30/2011 | $10,036.00 | $772.00 | | WF |
| Total | | | | | $70,252.00 | $6,176.00 | | WF |

**Employer/Mailing Address:** Fun Box Toys, PO Box 5845, Santa Fe, NM  **Fed ID** ▮2701

**Reported Physical Location & Phone:** 103 Ridge Top Road, Santa Fe, NM

**Business started on 1/1/10**

**Owner:** Kevin Smith, ssn ▮6549

| Name | SSN | Address | PO Box Applicant and Date | Date UI Claim Filed or Re-Filed to Re-Open Claim | Maximum Benefits Allowed | UI $ Paid | Misc Info | Card Issuer |
|---|---|---|---|---|---|---|---|---|
| Wareham, Caroline | ▮8864 | physical and mailing: PO Box 23631, Santa Fe, NM 87502 | Christine Ortega 10/7/10 | 2/27/2011 | $9,074.00 | $0.00 | Did NOT pass SS# validation benefits denied | n/a |
| Stevenson, Doris | ▮6147 | No records found | n/a | N/A | N/A | $0.00 | Did NOT pass SS# validation benefits denied | n/a |
| Cordova, Christina | ▮3970 | physical and mailing: PO Box 242, Alcalde, NM 87511 | Michelle Espinoza 2/25/11 | 2/27/2011 | $9,152.00 | $0.00 | Did NOT pass SS# validation benefits denied | n/a |
| Peruzzi, Sarah | ▮0821 | physical & mailing: PO Box 31903, Santa Fe, NM 87594 | Michelle Espinoza 2/2/11 | 2/27/2011 | $9,126.00 | $0.00 | Did NOT pass SS# validation benefits denied | n/a |
| Newberry, Edith | ▮2372 | No records found | n/a | N/A | N/A | $0.00 | Did NOT pass SS# validation benefits denied | n/a |
| Jones-Padilla, Patty | ▮0933 | No records found | n/a | N/A | N/A | $0.00 | Did NOT pass SS# validation benefits denied | n/a |
| Total | | | | | $27,352.00 | $0.00 | | |

**Employer/Mailing Address:** Santa Fe Computer Diagnostic, PO Box 6231, Santa Fe, NM 87502   Fed ID # ████9301

**Reported Physical Location & Phone:** 1871 Calle De Sangre, Santa Fe, NM 87507, 505-231-1585

Business started on 1/5/10  first wages paid 1/15/10

**Owner:** Timothy Sisneros, ssn ████-7324

| Name | SSN | Address | PO Box Applicant and Date | Date UI Claim Filed Claim Filed or Re-Filed to Re-Open Claim | Maximum Benefits Allowed | UI $ Paid | Misc Info | Card Issuer |
|------|-----|---------|---------------------------|----------------------------------------------------------------|--------------------------|-----------|-----------|-------------|
| Gragert, Peggy | ████0997 | physical & mailing: PO Box 1384, Santa Cruz, NM 87531 | Christina Cardenas 9/29/10 | 2/27/2011 | $0.00 | $0.00 | Did NOT pass SS# validation benefits denied | n/a |
| Boguslawski, Joseph | ████2127 | physical & mailing: PO Box 31903, Santa Fe, NM 87594 | Michelle Espinoza 2/2/11 | 2/27/2011 | $0.00 | $0.00 | Did NOT pass SS# validation benefits denied | n/a |
| Valdez, Dina | ████5690 | No records found | n/a | 2/27/2011 | $0.00 | $0.00 | Did NOT pass SS# validation benefits denied | n/a |
| Lujan, Patricia | ████9409 | physical & mailing: PO Box 23631, Santa Fe, NM 87502 | Christine Ortega 10/7/10 | 2/27/2011 | $0.00 | $0.00 | Did NOT pass SS# validation benefits denied | n/a |
| **Total** | | | | | **$0.00** | **$0.00** | | |

| Company Name | Intended Loss | Actual Loss |
|---|---|---|
| New Frontier Landscaping | $60,646.00 | $57,088.00 |
| Southwest Design Studios | $41,912.00 | $0.00 |
| Zia Computer | $54,453.00 | $41,088.00 |
| Enchanted Specialty Services | $69,864.00 | $39,237.00 |
| Zia Framing | $29,632.00 | $12,498.00 |
| Rio Grande Tech Services | $55,614.00 | $50,076.00 |
| Zia Marketing | $103,480.00 | $17,860.00 |
| MJ Janitorial Services | $60,242.00 | $23,906.00 |
| Northern NM Delivery | $70,252.00 | $6,176.00 |
| Fun Box Toys | $27,352.00 | $0.00 |
| Santa Fe Computer Diagnostic | $0.00 | $0.00 |
| Total | $573,447.00 | $247,929.00 |

6.    On May 22, 2012, Department of Labor-Office of the Inspector General Special Agents interviewed Christine Ortega.  Ortega is Cardenas' roommate.  Ortega advised Archuleta and Gonzales came to her residence and asked her if she wanted to make $50.00 for opening PO Boxes.  She also traveled with them to Colorado, Texas and New Mexico and opened a total of twelve (12) PO Boxes using the personal identifying information of twenty (21) victims.

7.    On May 22, 2012, a United States Postal Inspector and a Special Agent with the Department of Labor-Office of the Inspector General interviewed Jacob Roybal.  Roybal advised Archuleta and Gonzales offered him $100.00 to open PO Boxes.  Roybal traveled with them to Colorado and New Mexico and opened a total of five (5) PO Boxes using the personal identifying information of thirteen (13) victims.

8.    After taking into account the seven (7) PO Boxes Archuleta opened using twenty-two (22) different victim names and personal identifying information, the twenty-nine (29) PO Boxes Cardenas, Ortega and Roybal opened using fifty-six (56) victim names and personal identifying information, I was able to calculate an actual loss amount attributed to Archuleta.

9.    Archuleta is responsible for at least $719,858.73[1] in actual loss.   The actual loss attributed to Archuleta is based on the UI payments withdrawn from the issued debit cards.  The PO Boxes opened by Archuleta or opened at his direction received the UI debit cards.  Once that money was withdrawn from those debit cards, it resulted in the above actual loss amount.

10.   The spreadsheet I prepared to document Archuleta's restitution amount is attached as Exhibit 1.

---

[1] Colorado Department of Labor and Employment underreported the loss amount for McReynolds Consulting employee Philip Gomez by $15,120 and for West Colorado Textile employee Ronnie Flores by $1,846.  This would adjust Archuleta's actual loss amount to $734,978.73.



UNITED STATES POSTAL INSPECTION SERVICE

FORT WORTH DIVISION

| STATE OF | Texas | ) SS | | PAGE 1 OF 3 PAGES |
|---|---|---|---|---|
| COUNTY OF | Dallas | ) SS | **Criminal No. 14-cr-922JB** | |
| CITY OF | Dallas | ) SS | | |

### USA v. Jasonn Gonzales and Gerald
### Archuleta-District of New Mexico

My name is Thomas W. Brown.  My current employer is the United States Postal Inspection Service and my job title is Postal Inspector.

1.    On or about September 12, 2014, I prepared the attached spreadsheet documenting the actual and intended loss amounts defendant Gerald Archuleta is held accountable.

2.    These figures were compiled from source data including the New Mexico Department of Workforce Solutions, the Texas Workforce Commission, the Colorado Department of Labor and Employment and various bank and debit card transaction histories.

3.    The spreadsheet includes seven (7) Post Office Boxes (PO Boxes) Archuleta opened  that included twenty-two (22) different victim names and personal identifying information used to open the PO Boxes.

4.    Also included in the spreadsheet are PO Boxes opened by persons Archuleta and Gonzales recruited in order to continue and to advance the Unemployment Insurance (UI) scheme.

5.    On May 22, 2012, Department of Labor-Office of the Inspector General Special Agents interviewed Christina Cardenas. Cardenas stated Archuleta is her half-brother. She stated Archuleta and Gonzales approached her and asked if she wanted to open PO Boxes in exchange for $50.00 for every PO Box she opened.  She also traveled with Archuleta and Gonzales to Texas, Colorado and New Mexico and opened a total of twelve (12) PO Boxes using the personal identifying information of twenty (22) victims.


GOVERNMENT EXHIBIT 2(a)

04-3860-00026-BC

# FICTITIOUS UI CLAIMS FILED IN TEXAS

Employer/Mailing Address: Dallas Biological Discovery & Research, Armando Garcia, PO Box 43, Embudo, NM 875    TWC Acct # ____0399; Fed ID ____8689

Reported Physical Location & Phone: 1527 Industrial Rd., Arlington, TX 76007, 682-300-0995    prev phone # 817-433-8907

1527 Industrial Rd., Arlington, TX 76007 does not exist.

| Name | SSN | Address | PO Box Applicant and Date | Date UI Claim Filed | Maximum Benefits Allowed | UI $ Paid as of 03/23/12 | Less UI $ Recouped | Time Period of UI Payments | Misc Info | Chase EDA Acct # |
|---|---|---|---|---|---|---|---|---|---|---|
| Blea, Chris | -5213 | c/o Charles Diaz PO Box 5845 Santa Fe, NM 87502 | Charles Diaz 10/14/10 | 2/12/2012 | $11,076.00 | $5,112.00 | $22.65 | 2/18/12-5/5/12 | 5/6/12 claim stopped due to no contact to cert on hold | 0657 |
| Honey, Janeth | 8711 | c/o Michelle Espinoza PO Box 242 Alcalde, NM 87511 | Christine O Cardenas 12/13/11 | 2/12/2012 | $11,076.00 | $5,964.00 | $824.65 | 2/18/12-5/19/12 | | 3444 |
| Jaramillo, Leonard | 9079 | PO Box 13105 Arlington, TX 76094 | Michelle Espinoza 2/25/11 | 2/5/2012 | $11,076.00 | $4,686.00 | $13.50 | 2/18/12-4/28/12 | per TWC, SSA advised that Jaramillo is deceased | 0983 |
| Maestas, Keith | 9674 | PO Box 13035 Arlington, TX 76094 | Christine Ortega 12/13/11 | 2/5/2012 | $11,076.00 | $5,964.00 | $1.50 | 2/11/12-5/12/12 | | 8306 |
| Scarlata, Angela | 9733 | c/o Jacob Roybal PO Box 11493 Denver, CO 80211 | Jacob Roybal 10/1/11 | 2/12/2012 | $11,076.00 | $4,117.00 | $10.00 | 2/18/12-4/21/12 | 4/22/12 claim stopped due to no contact to cert on hold | 4109 |
| Thorpe, Jim | 3282 | c/o G. Archuleta PO Box 6231 Santa Fe, NM 87502 | Gerald Archuleta 10/4/10 | 2/12/2012 | $11,076.00 | $5,733.00 | $826.65 | 2/18/12-5/19/12 | ineligible 5/13-5/19/12 for failure to provide work search log | 1068 |
| Mora, Juan | -2063 | PO Box 23631 Santa Fe, NM 87502 | Christine Ortega 10/7/10 | 4/1/2012 | 11,076.00 | 2,556.00 | $62.15 | 4/7/12-5/12/12 | New Hire hit - started working 3/28/12, hit prior to claim establishment | 0742 |
| TOTAL | | | | | $77,532.00 | $34,132.00 | $1,761.10 | | | |
| TOTAL OF BOTH | | | | | $134,659.00 | $71,422.00 | $2,722.27 | | | |
| TOTAL PAID OUT LESS RECOUPMENT | | | | | | $68,699.73 | | | | |

## FICTITIOUS UI CLAIMS FILED IN TEXAS

**Employer/Mailing Address:** Arlington Computer Tech, % Louis Lujan, PO Box 182724, Arlington, TX 76096;   **TWC Acct #** ▮7641; **Fed ID #** ▮8140

Christina Cardenas applied for PO Box 182724 on 12/13/11.

**Reported Physical Location & Phone:** 1204 Riverview Cir, Arlington, TX 76096, 214-287-1164     prev phone 817-623-3209

1204 Riverview Cir does not exist.

| Name | SSN | Address | PO Box Applicant and Date | Claim Filed (Date UI) | Maximum Benefits Allowed | UI $ Paid | Less UI $ Recouped | Time Period of UI Payments BWE-BWE | Misc Info | Chase EDA Acct # |
|---|---|---|---|---|---|---|---|---|---|---|
| Jacobson, Gary | ▮0622 | PO Box 182813 Arlington, TX 76096 | Christine Ortega 12/13/11 | 12/25/2011 | $7,823.00 | $4,485.00 | $6.00 | 12/31/11- 3/10/12 | 3/11/12 claim stopped due to NH notice from Wallace Theater Corp | ▮6069 |
| Melara, Elio | ▮7817 | PO Box 2264 Arlington, TX 76004 | Christina Cardenas 12/13/11 | 12/25/2011 | $7,642.00 | $5,112.00 | $52.50 | 12/31/11-3/17/12 | 3/18/12 claim stopped due to no contact to cert on hold | ▮3947 |
| Ojada, Raul | ▮3498 | PO Box 454 Arlington, TX 76004 | Christine Ortega 12/13/11 | 12/25/2011 | $7,635.00 | $5,538.00 | $16.17 | 12/31/11-5/12/12 | ineligible from 3/4/12-4/21/12 due to failure to respond to Profiling letter | ▮1618 |
| Cavanaugh, Brett | ▮4966 | PO Box 300953 Arlington, TX 76007 | Christine Ortega 12/13/11 | 1/8/2012 | $9,314.00 | $5,538.00 | $441.00 | 1/14/12-4/21/12 | 4/22/12 claim stopped due to no contact to cert on hold | ▮9695 |
| Montoya, Michael | ▮9111 | PO Box 301252 Arlington, TX 76007 | Christina Cardenas 12/13/11 | 12/25/2011 | $7,671.00 | $7,671.00 | $11.00 | 12/31/11-5/5/12 | 4/29/12 claim stopped due to no contact to cert on hold | ▮9353 |
| Martinez, Matthew | ▮4074 | PO Box 151051 Arlington, TX 76015 | Christina Cardenas 12/13/11 | 12/25/2011 | $7,729.00 | $6,390.00 | $427.00 | 12/31/11-4/21/12 | | ▮9351 |
| Rico, Juliet | ▮2491 | PO Box 151072 Arlington, TX 76015 | Christine Ortega 12/13/11 | 1/8/2012 | $9,313.00 | 2,556.00 | $7.50 | 1/14/12-2/12/12 | 2/19/12 claim stopped due to no contact to cert on hold | |
| TOTAL | | | | | $57,127.00 | $37,290.00 | $961.17 | | | |

Page 1of 2

GOVERNMENT EXHIBIT 1(d)

**Initial TWB  Date 3/11/2015**                                    **Page 2 of 3**

I have read the affidavit consisting of 3 pages.  This affidavit is true and correct to the best of my knowledge.

SIGNED: _____  3/11/2015_____

PRINTED NAME: _T.W. Brown_____

Subscribed and sworn to before me on this 11th day of March, 2015, at Dallas County, Dallas, Texas (39 USC 1010).

WITNESSED: _____    Title: <u>Special Agent, DOL-OIG</u>

PRINTED NAME: _David Wickersham___  3/11/15

| # of victims | Address | City | State | Zip | Use of Box | State | PO Box Applicant | Date Opened | Potential Loss | Actual Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **OPENED BY ARCHULETA** | | | | | |
| 1 | PO Box 1356 | Alcalde | NM | 87511 | Southwest Design Studios, employer | NM | Gerald Archuleta | 9/24/2009 | $41,912.00 | $0.00 |
| 2 | PO Box 1356 | Alcalde | NM | 87511 | Rio Grande Tech Services, employer | NM | Gerald Archuleta | 9/24/2009 | $55,614.00 | $50,076.00 |
| 3 | PO Box 1356 | Alcalde | NM | 87511 | Anthony Garcia | | Gerald Archuleta | 9/24/2009 | | |
| 4 | PO Box 1356 | Alcalde | NM | 87511 | Mike Kowalczyk | | Gerald Archuleta | 9/24/2009 | | |
| 5 | PO Box 1356 | Alcalde | NM | 87511 | Jesse Treadway | | Gerald Archuleta | 9/24/2009 | | |
| 6 | PO Box 244 | Santa Cruz | NM | 87567 | Zia Computer Information,employer | NM | Gerald Archuleta | 9/24/2009 | $54,453.00 | $41,088.00 |
| 7 | PO Box 244 | Santa Cruz | NM | 87567 | Mike Lujan | | Gerald Archuleta | 9/24/2009 | | |
| 8 | PO Box 244 | Santa Cruz | NM | 87567 | David Martinez | | Gerald Archuleta | 9/24/2009 | | |
| 9 | PO Box 244 | Santa Cruz | NM | 87567 | Edward Phillips | | Gerald Archuleta | 9/24/2009 | | |
| 10 | PO Box 244 | Santa Cruz | NM | 87567 | Bill Smith | | Gerald Archuleta | 9/24/2009 | | |
| 11 | PO Box 244 | Santa Cruz | NM | 87567 | Edwin Archuleta | | Gerald Archuleta | 9/24/2009 | | |
| 12 | PO Box 244 | Santa Cruz | NM | 87567 | Javier Dominguez | | Gerald Archuleta | 9/24/2009 | | |
| 13 | PO Box 244 | Santa Cruz | NM | | Jacob Roybal | | Gerald Archuleta | 9/24/2009 | | |
| 14 | PO Box 40962 | Denver | CO | 80204 | Ronnie Flores | CDLE | Gerald Archuleta | 7/12/2011 | | |
| | PO Box 611 | Pagosa Springs | CO | 81147 | Mike Kowalczyk | CDLE | Gerald Archuleta | 5/13/2011 | $9,632.00 | $4,895.00 |
| 15 | PO Box 611 | Pagosa Springs | CO | 81147 | Chris Martinez | CDLE | Gerald Archuleta | 5/13/2011 | | |
| 16 | PO Box 611 | Pagosa Springs | CO | 81147 | Desiray Trujillo | CDLE | Gerald Archuleta | 5/13/2011 | | |
| 17 | PO Box 616 | Velarde | NM | | New Frontier Landscaping, employer | NM | Gerald Archuleta | | $60,646.00 | $57,088.00 |
| 18 | PO Box 6231 | Santa Fe | NM | 87502 | Chris Fede | CDLE | Gerald Archuleta | 10/4/2011 | $25,606.00 | $20,832.00 |
| 19 | PO Box 6231 | Santa Fe | NM | 87502 | Northern NM Delivery, employer | NM | Gerald Archuleta | 10/4/2011 | $70,252.00 | $6,176.00 |
| 20 | PO Box 6231 | Santa Fe | NM | 87502 | Timothy Sisneros dba Santa Fe Computer Diagnostic | NM | Gerald Archuleta | 10/4/2011 | $0.00 | $0.00 |
| 21 | PO Box 18801 | Denver | CO | 80218 | Joe Mares | CDLE | Gerald Archuleta | 7/12/2011 | | |
| 22 | PO Box 6231 | Santa Fe | NM | 87502 | Jim Thorpe | TWC | Gerald Archuleta | 10/4/2011 | $11,076.00 | $5,733.00 |
| | | | | | | | | | $318,115.00 | $185,888.00 |
| | | | | | **ARCHULETA'S DIRECT INVOLVEMENT BY RECRUITMENT** | | | | | |
| | PO Box 1141 | Abiquiu | NM | 87510 | Christina Cardenas | NM | Priscilla/Christina Cardenas | 8/18/2010 | $14,560.00 | $1,900.00 |
| 23 | PO Box 1141 | Abiquiu | NM | 87510 | Zachery Pacheco | NM | Priscilla/Christina Cardenas | 8/18/2010 | $9,880.00 | $1,900.00 |
| 24 | PO Box 1141 | Abiquiu | NM | 87510 | Jacob Maestas | NM | Priscilla/Christina Cardenas | 8/18/2010 | $9,880.00 | $1,900.00 |
| 25 | PO Box 11492 | Denver | CO | 80211 | Megan Allen | CDLE | Christina Cardenas | 7/12/2011 | | |
| 26 | PO Box 11492 | Denver | CO | 80211 | Anthony Trujillo | CDLE | Christina Cardenas | 7/12/2011 | | |
| 27 | PO Box 11492 | Denver | CO | 80211 | Eric Martinez | CDLE | Christina Cardenas | 7/12/2011 | | |
| 28 | PO Box 13105 | Arlington | TX | 76094 | Leonard Jaramillo | TWC | Christina Cardenas | 12/13/2011 | $11,076.00 | $4,686.00 |
| 29 | PO Box 1384 | Santa Cruz | NM | 87567 | McReynolds Consulting | CO | Christina Cardenas | 9/29/2010 | $106,811.00 | $80,977.00 |
| 30 | PO Box 1384 | Santa Cruz | NM | 87567 | Peggy Gragert | NM | Christina Cardenas | 9/29/2010 | $0.00 | $0.00 |
| 31 | PO Box 151051 | Arlington | TX | 76015 | Ashley Padilla | CDLE | Christina Cardenas | 12/13/2011 | | |
| 32 | PO Box 151051 | Arlington | TX | 76015 | Mathew Montoya | TWC | Christina Cardenas | 12/13/2011 | | |
| 33 | PO Box 182724 | Arlington | TX | 76096 | Arlington Comp Tech | TWC | Christina Cardenas | 12/13/2011 | $57,127.00 | $37,290.00 |
| 34 | PO Box 18472 | Denver | CO | 80218 | Brent Liberda dba West CO Textile | CDLE | Christina Cardenas | 7/12/2011 | $190,072.00 | $168,142.00 |
| 35 | PO Box 2264 | Arlington | TX | 76004 | Elio Melara | TWC | Christina Cardenas | 12/13/2011 | | |
| 36 | PO Box 23952 | Santa Fe | NM | 87502 | Jerome Medina | CDLE | Christina Cardenas | 10/7/2010 | $30,349.00 | $27,152.00 |
| 37 | PO Box 23952 | Santa Fe | NM | 87502 | Lisa Espinoza | NM | Christina Cardenas | 10/7/2010 | $8,814.00 | $3,390.00 |
| 38 | PO Box 23952 | Santa Fe | NM | 87502 | Leala Ward | NM | Christina Cardenas | 10/7/2010 | $8,866.00 | $3,751.00 |
| 39 | PO Box 23952 | Santa Fe | NM | 87502 | Elias Soveranes | NM | Christina Cardenas | 10/7/2010 | $9,100.00 | $0.00 |
| 40 | PO Box 301252 | Arlington | TX | 76007 | Michael Montoya | | Christina Cardenas | 12/13/2011 | | |
| 41 | PO Box 40945 | Denver | CO | 80204 | Kevin Martinez | CDLE | Christina Cardenas | 7/12/2011 | | |
| | PO Box 613 | Pagosa Springs | CO | 81147 | Jesse Treadway | CDLE | Christina Cardenas | 5/13/2011 | $9,649.00 | $4,895.00 |
| 42 | PO Box 613 | Pagosa Springs | CO | 81147 | Lonnie Petry | CDLE | Christina Cardenas | 5/13/2011 | $25,724.00 | $20,492.00 |
| | PO Box 613 | Pagosa Springs | CO | 81147 | Carlos Roybal dba Zia Computers | CDLE | Christina Cardenas | 5/13/2011 | $84,661.00 | $29,964.00 |
| | | | | | | | | | $576,569.00 | $386,439.00 |
| 43 | PO Box 11695 | Denver | CO | 80211 | Damon McGinn | CDLE | Christine Ortega | 7/12/2011 | | |
| 44 | PO Box 128 | Embudo | NM | 87531 | Leon Martinez | NM | Christine Ortega | 8/18/2010 | $9,880.00 | $1,900.00 |
| 45 | PO Box 128 | Embudo | NM | 87531 | Steven Martinez | NM | Christine Ortega | 8/18/2010 | $9,880.00 | $1,900.00 |
| 46 | PO Box 13035 | Arlington | TX | 76094 | Keith Maestas | TWC | Christine Ortega | 12/13/2011 | $11,076.00 | $5,964.00 |
| 47 | PO Box 1415 | Abiquiu | NM | 87510 | Jesse  Knight | NM | Christine Ortega | | $9,880.00 | $1,900.00 |
| 48 | PO Box 1415 | Abiquiu | NM | 87510 | John Pacheco | NM | Christine Ortega | | $9,880.00 | $760.00 |
| 49 | PO Box 151072 | Arlington | TX | 76015 | Juliet Rico | TWC | Christine Ortega | 12/13/2011 | | |
| 50 | PO Box 182813 | Arlington | TX | 76096 | Gary Jacobson | TWC | Christine Ortega | 12/13/2011 | | |
| 51 | PO Box 18604 | Denver | CO | 80218 | Phil Fede | CDLE | Christine Ortega | 7/12/2011 | | |
| 52 | PO Box 23621 | Santa Fe | NM | 87502 | Juan Mora | TWC | Christine Ortega | 10/7/2010 | $11,076.00 | $2,556.00 |
| | PO Box 23631 | Santa Fe | NM | 87502 | Jacob Roybal | CDLE | Christine Ortega | 10/7/2010 | $30,388.00 | $25,830.00 |
| 53 | PO Box 23631 | Santa Fe | NM | 87502 | Lila Casey | NM | Christine Ortega | 10/7/2010 | $8,970.00 | $4,830.00 |
| 54 | PO Box 23631 | Santa Fe | NM | 87502 | Joe Garcia | NM | Christine Ortega | 10/7/2010 | $9,542.00 | $4,037.00 |
| 55 | PO Box 23631 | Santa Fe | NM | 87502 | Caroline Wareham | NM | Christine Ortega | 10/7/2010 | $9,074.00 | $0.00 |
| 56 | PO Box 23631 | Santa Fe | NM | 87502 | Patricia Lujan | NM | Christine Ortega | 10/7/2010 | $0.00 | $0.00 |
| 57 | PO Box 300953 | Arlington | TX | 76007 | Brett Cavanaugh | TWC | Christine Ortega | 12/13/2011 | | |
| 58 | PO Box 454 | Arlington | TX | | Raul Ojada | TWC | Christine Ortega | 12/13/2011 | | |
| | PO Box 48134 | Denver | CO | 80204 | Ashley Padilla | CDLE | Christine Ortega | 7/12/2011 | | |
| 59 | PO Box 623 | Pagosa Springs | CO | 81147 | Arnold Montoya | CDLE | Christine Ortega | 5/13/2011 | $20,148.00 | $19,710.00 |
| 60 | PO Box 623 | Pagosa Springs | CO | 81147 | Jesse Marquez | CDLE | Christine Ortega | 5/13/2011 | | |
| | PO Box 623 | Pagosa Springs | CO | 81147 | Anthony Garcia | CDLE | Christine Ortega | 5/13/2011 | $10,054.00 | $4,895.00 |
| | | | | | | | | | $149,848.00 | $74,282.00 |
| 61 | PO Box 11493 | Denver | CO | 80211 | Donna Marquez | CDLE | Jacob Roybal | 10/1/2011 | $6,992.00 | $2,270.00 |
| 62 | PO Box 18663 | Denver | CO | 80218 | Adrian Lopez | CDLE | Jacob Roybal | 10/1/2011 | $0.00 | $0.00 |
| 63 | PO Box 40553 | Denver | CO | 80204 | Matthew Maestas | CDLE | Jacob Roybal | 10/1/2011 | $0.00 | $0.00 |
| | PO Box 1322 | Abiquiu | NM | 87510 | Jerome Medina | NM | Jacob Roybal | 1/6/2010 | | |
| | PO Box 1322 | Abiquiu | NM | 87510 | Christine Ortega | NM | Jacob Roybal | 1/6/2010 | | |
| 64 | PO Box 1322 | Abiquiu | NM | 87510 | Antonette Quintana | NM | Jacob Roybal | 1/6/2010 | | |
| 65 | PO Box 1322 | Abiquiu | NM | 87510 | Naicisco Archuleta | NM | Jacob Roybal | 1/6/2010 | | |
| 66 | PO Box 1322 | Abiquiu | NM | 87510 | Zia Framing, employer | NM | Jacob Roybal | 1/6/2010 | $29,632.00 | $12,498.00 |
| 67 | PO Box 1322 | Abiquiu | NM | 87510 | Zia Marketing, employer | NM | Jacob Roybal | 1/6/2010 | $103,480.00 | $17,860.00 |
| | PO Box 83 | Embudo | NM | 87531 | Michelle Espinoza | NM | Jacob Roybal | 1/6/2010 | | |
| 68 | PO Box 83 | Embudo | NM | 87531 | Enchanted Speciality Services, employer | NM | Jacob Roybal | 1/6/2010 | $69,864.00 | $39,237.00 |
| | PO Box 83 | Embudo | NM | 87531 | Ronnie Flores | NM | Jacob Roybal | 1/6/2010 | | |
| 69 | PO Box 11493 | Denver | CO | 80211 | Angela Scarlata | TWC | Jacob Roybal | 10/1/2011 | $11,076.00 | $4,117.00 |
| | | | | | | | | | $221,044.00 | $75,982.00 |
| | | | | | | | **SUBTOTAL** | | $1,265,576.00 | $722,591.00 |
| | | | | | | | **LESS RECOUP $** | | | $2,732.27 |
| | | | | | | | **GRAND TOTAL LOSS** | | $1,265,576.00 | $719,858.73 |

GOVERNMENT EXHIBIT 26