IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 14-922 JB |
| ) | |
| **JASONN GONZALES** and ) | |
| **GERALD ARCHULETA,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF UNAVAILABILITY

Undersigned counsel hereby notifies the Court and the parties that she will not be available on April 23 and April 24, 2015, and June 2 through June 23, 2015. Undersigned counsel respectfully requests that, if possible, any court proceedings be scheduled outside of this time period.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ Electronically Filed March 23, 2015*
TARA C. NEDA
Assistant United States Attorney

I HEREBY CERTIFY that on March 23, 2015, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Filed Electronically*
Tara C. Neda, Assistant U.S. Attorney