IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 14-922 JB |
| ) | |
| **JASONN GONZALES** and ) | |
| **GERALD ARCHULETA**, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF UNAVAILABILITY

Undersigned counsel hereby notifies the Court and the parties that she will not be available May 6 and May 7, 2015, as well as May 12 and May 13, 2015. Undersigned counsel respectfully requests that, if possible, any court proceedings be scheduled outside of this time period.

    Respectfully submitted,

    DAMON P. MARTINEZ
    United States Attorney

    */s/ Filed Electronically April 16, 2015*
    TARA C. NEDA
    Assistant United States Attorney

I HEREBY CERTIFY that on April 16, 2015, I filed
the foregoing electronically through the CM/ECF
system, which caused counsel of record to be served
by electronic means, as more fully reflected on the
Notice of Electronic Filing.

*/s/ Filed Electronically*
Tara C. Neda, Assistant U.S. Attorney