IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Cr. No. 14-922-001 JOB |
| **JASONN GONZALES**, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

The United States respectfully moves the Court to enter judgment in the above-captioned criminal matter, and in support states:

1. The defendant was sentenced by the Court on Dec. 4, 2014.

2. To date, no judgment has been entered in the case.

3. Defense counsel opposes this motion and as basis states that restitution issues with co-defendant Gerald Archuleta have yet to be resolved.

Nonetheless, the United States requests that judgment be entered because a delay in entering judgment can have adverse consequences for the defendant, the government and society. *See, e.g.*, *United States v. Gould*, 672 F.3d 930 (10th Cir. 2012).

                          Respectfully submitted,

                          DAMON P. MARTINEZ
                          United States Attorney

                          */s/ Filed Electronically*
                          TARA C. NEDA
                          Assistant U.S. Attorney

I HEREBY CERTIFY that on December 8, 2015, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Filed Electronically*
TARA C. NEDA
Assistant U.S. Attorney