# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,                      No. CR 14-922 JB

vs.

JASONN GONZALES,

      Defendant.

## NOTICE OF APPEAL

NOTICE is hereby given that the Defendant, Jasonn Gonzales (by and through his appointed counsel of record Assistant Federal Public Defender Brian A. Pori) hereby appeals to the United States Court of Appeals for the Tenth Circuit to challenge the sentence imposed in the Judgment in a Criminal Case filed on February 17, 2016, by the Honorable James O. Browning, United States District Court Judge. A copy of the Judgment is attached to this Notice of Appeal as Exhibit A.

Mr. Gonzales is indigent, he has been unable to retain counsel and he has been represented by appointed counsel throughout these proceedings; therefore, Mr. Gonzales respectfully seeks leave to appeal *in forma pauperis*.

Respectfully Submitted,

/s/ *Brian A. Pori* filed electronically 2/17/16
    Brian A. Pori
    Office of the Federal Public Defender
    111 Lomas Blvd NW, Suite 501
    Albuquerque, N.M. 87102-2373
    (505) 346-2489 [telephone]
    (505) 346-3494 [facsimile]

    Counsel for Jasonn Gonzales

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of February, 2016, I filed the foregoing Notice of Appeal electronically through the CM/ECF system, which caused a copy of the pleading to be served electronically on opposing counsel of record addressed as follows:

Tara Neda, Esq.
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103

                              /s/ filed electronically 2/17/16
                              Brian A. Pori