*Rev. March 31, 2015*

# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 14-922 JB | UNITED STATES vs. ARCHULETA |
|---|---|

**Before The Honorable Karen B. Molzen, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | 2/26/2016 | Time In and Out: | 10:34 am – 10:48 am |
| Clerk: | C. Lopez | Digital Recording: | ABQ-Gila |
| Defendant: | Gerald Archuleta | Defendant's Counsel: | Todd Hotchkiss |
| AUSA: | Kyle Nayback | Interpreter: | N/A |

☐ Sworn
☐ Waived

☒ Defendant Sworn
☐ First Appearance

☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.

☒ Deft acknowledges receipt of: **Indictment**

☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.

☒ Terms and conditions of proposed plea agreement explained.   ☒ Defendant indicates understanding of its terms.

☒ Factual predicate to sustain the plea provided.

☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.

☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).

☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.

☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).

☒ Deft pleads GUILTY to: **Indictment**

☒ Allocution by Deft on elements of charge(s).

☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.

☒ Deft adjudged guilty.

☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.

☒ Sentencing Date: **to be notified**

☐ Defendant to Remain in Custody

☒ Present conditions of release continued   ☐ Conditions changed to:

☐ Penalty for failure to appear explained

☐ Presentence Report Ordered   ☐ Expedited (Type III)

Other Matters:
DEFENDANT PLEAD GUILTY TO COUNTS 1-5 OF INDICTMENT.