# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



Matthew J. Dykman
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**

106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

March 8, 2016

Elisabeth Shumaker, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO   80257

      **RE:**    **United States of America v. Jasonn Gonzales,
CR 14-922 JB, USCA No. 16-2022**

Dear Ms. Shumaker:

      Enclosed please find the Record on Appeal in three (3) volumes which consist of:

      Volume I      Pleadings

      Volume II     Sealed PSR, Statement of Reasons

      Volume III    Transcript
                          Sentencing Hearing – 12/4/2014

                                        Sincerely,

                                        Matthew J. Dykman, Clerk
                                        of the United States District Court
                                        for the District of New Mexico